UP TO DATE FUR DRESSING COMPANY, INC., Respondent, v. BERTRAM J. GOODMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to change place of trial to New York county granted, with ten dollars costs, on the authority of *Ferrin* v. *Huxley* (94 App. Div. 211); *Lageza* v. *Chelsea Fibre Mills* (135 id. 731); *Finch School* v. *Finch*

(144 id. 687). Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.